# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3704
Lower Tribunal No. 19-CF-000208CFA

_____

WILLIAM C. MEREDITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hendry County.
James D. Sloan, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and GANNAM, JJ., and LAMBERT, B.D., Associate Judge, concur.


William C. Meredith, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED